# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Marjorie Carter and individual; on behalf of herself and all others similarly situated,<br>   Plaintiff,<br><br>v.<br><br>First National Collection Bureau, Inc., a Nevada Corporation; LVNV Funding, LLC, a Delaware Limited Liability Company; Resurgent Capital Services, L.P., a Delaware Limited Partnership: Alegis Group, LLC, a Delaware Limited Liability Company,<br><br>   Defendant. | § § § § § § § § § § § § § § § | Case No. 4:15-cv-01695 |

## <u>DECLARATION OF DANIEL J. CIMENT</u>

Daniel J. Ciment declares under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true:

1. That I am admitted to practice within the State Courts of Texas, and the United States District Courts for the Northern, Eastern, Western and Southern Districts of Texas.

2. That I am also admitted to practice within the State Courts of Georgia, and the United States District Courts for the Northern District of Georgia.

3. That I am a 2003 graduate of the South Texas College of Law, in Houston, Texas.

4. That I have experience in Fair Debt Collection Practices Act ("FDCPA") litigation, collection defense litigation and consumer bankruptcies under both Chapters 7 and 13. FDCPA litigation and collection defense litigation are the focus of my practice.

5. That I have been counsel to approximately 60 FDCPA cases in the United States District Courts for the Northern, Eastern, Western and Southern Districts of Texas.

6. That I am counsel to approximately 1,500 debt defense cases currently pending in the State Courts of Texas; I have been counsel to approximately 6,500 debt defense cases in the State of Texas; and I have been counsel to approximately 1,000 consumer bankruptcy cases in the State of Texas.

7. The majority of my practice is flat-fee litigation on the defendant (consumer's) side.  I regularly represent plaintiffs in contingent fee cases in federal courts in Texas, and in Texas state courts.

8. Pursuant to 28 U.S.C. § 1746(2), I, Daniel J. Ciment, hereby declare under penalty of perjury that the foregoing is true and correct.

/s/ Daniel J. Ciment
Daniel J. Ciment
Ciment Law Firm, PLLC
PO Box 5845
Katy, Texas 77491
Phone/Fax 833-663-3289
Daniel@CimentLawFirm.com