# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARJORIE CARTER an individual;<br>on behalf of herself and all others<br>similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL COLLECTION<br>BUREAU, INC., a Nevada Corporation;<br>LVNV FUNDING, LLC, a Delaware<br>Limited Liability Company;<br>RESURGENT CAPITAL SERVICES,<br>L.P., a Delaware Limited Partnership:<br>ALEGIS GROUP, LLC, a Delaware<br>Limited Liability Company,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO.: 4:15-cv-01695 |

## DECLARATION OF KYONNIE HORDGE

I, Kyonnie Hordge, certify under penalty of perjury as provided for by 28 U.S.C. § 1746, that

the following statements are true and correct:

1.    I am over eighteen years old and have personal knowledge of the following facts.

2.    I am a resident of Humble, Texas.

3.    I understand that I have been appointed to serve as the plaintiff in this lawsuit as a

substitute for my mother, Marjorie Carter.

4.    I understand that this lawsuit asserts claims against the defendants related to a

collection letter sent to my mother and that the same form of letter was also sent to class members.

5.    I understand that this lawsuit is a class action lawsuit and that I am seeking to recover

money not only for my mother's estate but also for class members.

1

6.     I understand that as the class representative, I have a duty to assist my attorneys in pursuing this case and to ensure that the class members are treated justly and fairly.

7.     I am not aware of any conflict between my personal interests, or the interests of my mother's estate, and the interests of class members.

8.     I have never worked for any of the defendants in this lawsuit.

9.     I am not related to my attorneys, Daniel J. Ciment, Daniel A. Edelman, James O. Latturner, or Francis R. Greene, or, to my knowledge, any person employed by their firms.

10.     I have never been employed by my attorneys or their law firms, Edelman, Combs, Latturner & Goodwin, LLC and Ciment Law Firm PLLC.

11.     I have not been promised or guaranteed money or anything else for serving as the plaintiff in this lawsuit.

Dated: ___01/12/18___                               _____
                                                     Kyonnie Hordge

2