# EXHIBIT D

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| MARJORIE CARTER an individual; <br> on behalf of herself and all others <br> similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST NATIONAL COLLECTION <br> BUREAU, INC., a Nevada Corporation; <br> LVNV FUNDING, LLC, a Delaware <br> Limited Liability Company; <br> RESURGENT CAPITAL SERVICES, <br> L.P., a Delaware Limited Partnership: <br> ALEGIS GROUP, LLC, a Delaware <br> Limited Liability Company, <br><br> Defendants. | § <br> § <br> § <br> § <br> §     CAUSE NO.: 4:15-cv-01695 <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

### DECLARATION OF CANDICE WALKER

I, Candice Walker, certify under penalty of perjury as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1.    I am over eighteen years old and have personal knowledge of the following facts.

2.    I am a resident of Humble, Texas.

3.    Marjorie Carter was my mother.

4.    My sister, Kyonnie Hordge, my brother, Hade Walker, and I are the only heirs of my mother's estate.

5.    I consent to Kyonnie Hordge serving both as the administrator of my mother's estate and as plaintiff and class representative in the lawsuit, *Carter v. First National Collection Bureau, Inc. et al.*

Dated: 1/13/18

_____
Candice Walker