# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARJORIE CARTER an individual; on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada Corporation; LVNV FUNDING, LLC, a Delaware Limited Liability Company; RESURGENT CAPITAL SERVICES, L.P., a Delaware Limited Partnership: ALEGIS GROUP, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CAUSE NO.: 4:15-cv-01695 |

## DECLARATION OF HADE WALKER

I, Hade Walker, certify under penalty of perjury as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am over eighteen years old and have personal knowledge of the following facts.

2. I am a resident of Humble, Texas.

3. Marjorie Carter was my mother.

4. My sisters, Kyonnie Hordge and Candice Walker, and I are the only heirs of my mother's estate.

5. I consent to Kyonnie Hordge serving both as the administrator of my mother's estate and as plaintiff and class representative in the lawsuit, *Carter v. First National Collection Bureau, Inc. et al.*

Dated: 01/13/18

_____
Hade Walker