UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Marjorie Carter and individual; on behalf of herself and all others similarly situated,<br>   *Plaintiff*,<br><br>v.<br><br>First National Collection Bureau, Inc., a Nevada Corporation; LVNV Funding, LLC, a Delaware Limited Liability Company; Resurgent Capital Services, L.P., a Delaware Limited Partnership: Alegis Group, LLC, a Delaware Limited Liability Company,<br>   *Defendants*. | § § § § § § § § § § § § § § § § | Case No. 4:15-cv-01695 |

## AFFIDAVIT

**STATE OF**               §
**COUNTY OF**         §

1. BEFORE ME, the undersigned authority, on this day personally appeared _Amanda Hammond_, known to me to be the person whose name is subscribed on this instrument and, having been first duly sworn, upon her oath deposes and states as follows:

2. I, the undersigned, am over the age of eighteen (18) years, of sound mind, have never been convicted of a felony or a misdemeanor of moral turpitude and am fully competent and qualified to make this Affidavit. I have personal knowledge of all of the facts set forth in this Affidavit and all facts and statements contained herein are true and correct of my own personal knowledge.

3. I am an Authorized Representative of LVNV Funding, LLC ("LVNV").

4. LVNV acquires debts from various companies and businesses that are in the in business of extending credit. LVNV's principal purpose is the purchase and holding of debts.

5. LVNV itself does not engage in any collection activities on the debts it owns. LVNV does not communicate with debtors, whether by telephone or by letter. LVNV typically does not have any contact with any debtor.

6. LVNV outsources the collection of the debts it owns to various companies, through its master serving agent, Resurgent Capital Services, LP, including First National Collection Bureau, Inc.

7. LVNV does not collect any debts, whether directly or indirectly, on the behalf of others.

*Amanda Hammond, Authorized Representative*

Name: Amanda Hammond
Authorized Representative
LVNV Funding, LLC