# APPENDIX 1

Log In | New User | Forgot Password

STAN STANART

Password: [          ]  [ Log In ]

Harris County Clerk

Home        Courts        Property Records    Personal Records        Other

# Probate Search - November 1837 to present

| Case Number: | | | | | | | | | Images available from Jan. 1, 2008 to Present |
|---|---|---|---|---|---|---|---|---|---|
| Court: All | | | | | | | | | |
| File Date (From): MM/DD/YYYY | (To): MM/DD/YYYY | | | | | Search | | | |
| | Last Name | | First Name | | Middle Name | | | Clear | |
| ○ ● ○ Party Attorney Company | carter | | marj | | | | | | 31 Record(s) Found. |
| File Date (From ): MM/DD/YYYY | (To): MM/DD/YYYY | | | | | Search | | | |

| CaseID | Case | File Date | Type Desc | Subtype | Style | Status | Judge | Court | View All |
|---|---|---|---|---|---|---|---|---|---|
| 1698943 | 452436 | 10/06/2016 | APP FOR INDEPENDENT ADMINISTRATION WITH AN HEIRSHIP | APP FOR INDEPENDENT ADMINISTRATION WTIH HEIRSHIP | IN THE ESTATE OF: MARJORIE ANN CARTER, DECEASED | Closed | MIKE WOOD | 2 | Parties |

| Case | Event Date | Event Desc | Comments | | | Pgs | |
|---|---|---|---|---|---|---|---|
| 452436 | 05/08/2017 | Drop Order | Signed 05/08/2017 | 35842974 | Drop Order | 1 2 13728907 | View |
| 452436 | 05/08/2017 | Order on Inventory (Indep.) | Amended; Signed 05/08/2017 | 35842809 | Order on Inventory (Indep.) | 1 2 13728660 | View |
| 452436 | 05/04/2017 | Amended | Inventory, Appraisement and List of Claims | 35835201 | Amended Inventory, Appraisement and List of Claims.pdf | 4 2 13722929 | View |
| 452436 | 04/24/2017 | Letter Application | MAILED OUT ON 04/24/17 | 35631016 | | 1 2 13518142 | View |
| | | | | 35631016 | Letter Application | 1 2 13691773 | View |
| 452436 | 04/18/2017 | Inventory (Indep.) | Inventory, Appraisement, | | Inventory, | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | List of Claims and Order Approving Inventory | 35791280 | Appraisement and List of Claims.pdf | 4 | 2 | 13678628 | View |
| 452436 | 04/18/2017 | Oath | Oath of Administrator | 35790828 | Oath of Administrator.pdf | 2 | 2 | 13678233 | View |
| 452436 | 02/15/2017 | Order to Pay Appointee Fees | that payment in the sum of $600.00 shall be made to Michele O'Brien by the personal representative from funds of the estate. Signed 2/15/17. | 35632271 | Order to Pay Appointee Fees | 1 | 2 | 13518638 | View |
| 452436 | 02/15/2017 | Order for Independent Administration | Letters to Kyonnie Rochelle Hordge, as Independent Administrator. Signed 2/15/17. | 35632270 | Order for Independent Administration | 2 | 2 | 13518637 | View |
| 452436 | 02/15/2017 | Order to Determine Heirship | Judgment; Signed 2/15/17. | 35632269 | Order to Determine Heirship | 2 | 2 | 13518636 | View |
| 452436 | 02/15/2017 | Statement of Misc. Types | of Evidence; Verlinicia Henry and Lakeisha Hamilton | 35632268 | Statement of Misc. Types | 4 | 2 | 13518635 | View |
| 452436 | 02/15/2017 | Proof of Death and Other Facts | Kyonnie Rochelle Hordge | 35632267 | Proof of Death and Other Facts | 2 | 2 | 13518634 | View |
| 452436 | 02/15/2017 | Certificate | of Notice to Interested Parties Pursuant to Texas Estates Code Section 202.057 | 35632266 | Certificate | 2 | 2 | 13518633 | View |
| 452436 | 02/15/2017 | Notice Letter-306-Judgment Declairing Heirship | | 35631237 | | 1 | 2 | 13518355 | View |
| 452436 | 02/15/2017 | CC & Non-CC Order | TAG #149977 | 35631014 | | | | 2 | |
| 452436 | 11/30/2016 | Waiver | Candice Lakese Walker | 35452926 | Waiver of Service Candice L Walker.pdf | 1 | 2 | 13341964 | View |
| 452436 | 11/30/2016 | Waiver | Hade Walker | 35452924 | Waiver of Service Hade Walker.pdf | 1 | 2 | 13341963 | View |
| 452436 | 11/30/2016 | Waiver | Kyonnie Hordge | 35452922 | Waiver of Service Kyonnie Hordge.pdf | 1 | 2 | 13341962 | View |
| 452436 | 11/30/2016 | Consent | Hade Walker | 35452921 | Distributee's Consent and Waiver Hade Walker.pdf | 2 | 2 | 13341961 | View |
| 452436 | 11/30/2016 | Consent | Kyonnie Hordge | 35452920 | Distributee's Consent and Waiver Kyonnie Hordge.pdf | 2 | 2 | 13341960 | View |
| 452436 | 11/30/2016 | Consent | Candice L. Walker | | Distributee's | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 35452919 | Consent and Waiver Candice L Walker.pdf | 2 | 2 | 13341959 | View |
| 452436 | 11/18/2016 | Answer | ad litem answer | 35430239 | AD LITEM ANSWER.pdf | 1 | 2 | 13319685 | View |
| 452436 | 11/17/2016 | Order to Appoint Aty or Gdn Ad Ltm | Michele N. O'brien is appointed Attorney Ad Litem. Signed 11/17/16. | 35428886 | Order to Appoint Aty or Gdn Ad Ltm | 1 | 2 | 13318239 | View |
| 452436 | 11/09/2016 | Application to Appoint Aty or Gdn Ad Ltm (No Fee) | | 35406129 | Order to Appoint Attorney Ad Litem - Heirship within Admin.p | 1 | 2 | 13296135 | View |
| | | | | 35406129 | Motion and Order to Appoint Attorney Ad Litem - Heirship wit | 1 | 2 | 13296138 | View |
| 452436 | 11/08/2016 | Citation Returned | Served Proof of Heirship - Citation by Publication | 35401656 | Citation Returned | 11 | 2 | 13290539 | View |
| 452436 | 10/24/2016 | Citation Returned | Served Citation on Application for Independent Administration Pursuant to Sections 401.003; 401.004; 401.005 by Posting | 35366198 | Citation Returned | 2 | 2 | 13252186 | View |
| 452436 | 10/17/2016 | Order to Set Aside Previous Order | Appointing Attorney Ad Litem; That the Order of October 11, 2016 be set aside and held for naught. Signed 10/17/16. | 35350746 | Order to Set Aside Previous Order | 1 | 2 | 13240569 | View |
| 452436 | 10/11/2016 | Order to Appoint Aty or Gdn Ad Ltm | Ordered that Theresa Clarke is appointed Attorney Ad Litem. Signed 10/11/16. | 35344259 | Order to Appoint Aty or Gdn Ad Ltm | 1 | 2 | 13230512 | View |
| 452436 | 10/10/2016 | Proof of Heirship by Publication | | 35328962 | | 2 | 2 | 13219204 | View |
| 452436 | 10/07/2016 | ADMINISTRATION (IND/DEP) Posting | | 35326287 | | 1 | 2 | 13217217 | View |
| 452436 | 10/07/2016 | Abstract of Notice | | 35324952 | | 1 | 2 | 13215596 | View |
| 452436 | 10/06/2016 | Case Initiated Application (OCA) | IndAdm/Hrshp, dod: 03/28/16, Post, Publ-Dcr, Return Date: October 24, 2016 | 35324937 | Application to Determine Heirship and for Independent Admini | 6 | 2 | 13215498 | View |