UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARJORIE CARTER an individual, <br> On behalf of herself and all others <br> Similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRST NATIONAL COLLECTION <br> BUREAU, INC., a Nevada Corporation; <br> LVNV FUNDING, LLC, a Delaware <br> Limited Liability Company; <br> RESURGENT CAPITAL SERVICES, <br> L.P., a Delaware Limited Partnership: <br> ALEGIS GROUP, LLC, a Delaware <br> Limited Liability Company, <br><br> Defendants. | 4:15-cv-1695 |

## NOTICE OF FILING

**PLEASE TAKE NOTICE,** that on July 9, 2018, I caused to be filed with the United States District Court for the Southern District of Texas, Houston Division, the following document: **Exhibit 18 to Plaintiff's Motion for Summary Judgment on Liability and Memorandum of Law in Support of the Motion**.

                  s/Daniel A. Edelman
                  Daniel A. Edelman

Daniel A. Edelman (IL Bar No. 00712094)
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com

Daniel Ciment
CIMENT LAW FIRM
P.O. Box 5845

Katy, TX 77491
Phone/Fax 833-663-3289
Daniel@CimentLawFirm.com

**CERTIFICATE OF SERVICE**

    I, Daniel A. Edelman, hereby certify that on July 9, 2018, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System which will cause to be sent notification of such filing to all counsel of record.

                                                            s/Daniel A. Edelman
                                                            Daniel A. Edelman